IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHERINE GOOCH and BROOKS )
GOOCH, minor, by and through his )
Parents and Next Friends, Barry Gooch ) No. 3-13-0204
and Katherine Gooch )
 )
v. )
 )
PATRICK BROWNING; and CON-WAY )
TRUCKLOAD, INC. )

O R D E R

As addressed during the telephone conference call with counsel for the parties and the Court on September 6, 2013, and, as reflected in the order entered September 9, 2013 (Docket Entry No. 26), another telephone conference call with counsel for the parties and the Court was scheduled on October 8, 2013, to be initiated by defendants' counsel. However, counsel did not call the Court on October 8, 2013.

Therefore, the conference call is rescheduled to **Friday, October 18, 2013, at 10:00 a.m.,** to be initiated by defendants' counsel, to address the neuropsychologist's and endocrinologist's reports and any impact that they may have on the parties' expert disclosures and discovery and on potential resolution of this case, the status of settlement discussions, whether the parties believe that ADR would be necessary or productive, and any other appropriate matters.

If the rescheduled conference call presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge